# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Leads Club Inc.

                **V.**              **JUDGMENT IN A CIVIL CASE**

Linda Peterson, Victoria Taus, Leads Pace, DOES 1-100, inclusive

**CASE NUMBER:**  05cv1717 J (JMA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court adopts the R&R, grants Defendants' Motion for Order Directing Issuance of Judgment against Mr. Bentson, finds Mr. Bentson in contempt of the Court and enters judgment for the Defendants against Mr. Bentson in the amount of $4,422.00. In addition, the Court will notify the California State Bar and Mr. Bentson of (a) the finding of contempt and (b) the judgment against Mr. Bentson based on the sanctions order.

| January 25, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A. Everill
(By) Deputy Clerk

ENTERED ON January 25, 2008

[Case Number]